UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                     CASE NO. 8:06-CR-246-T-17-MAP

JOHN JAIRO SATIZABEL
JUAN SALAS-MERINA
JAIME SALAZAR-VIVA
HEYMER ANGULO-MOSQUERA
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This cause is before the Court on the report and recommendation R&R issued by Magistrate Judge Mark A. Pizzo, on March 1, 2007 (Docket No. 70). The magistrate judge recommends that the Court deny the defendants' motion to dismiss (Docket No. 33) the indictment based on the contention that the government cannot prove the vessel at issue was stateless and, therefore, subject to the jurisdiction of the United States.

Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District of Florida, the parties had ten (10) days after service to file written objections to the proposed findings and recommendations, or be barred from attacking the factual findings on appeal. **Nettles v. Wainwright**, 677 F.2d 404 (5th Cir. 1982) (en banc). Defendant Heymer Angulo-Mosquera filed objections to the recommendation (Docket No. 74).

**STANDARD OF REVIEW**

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980);

CASE NO. 8:05-CR-336-T-17-MSS

**Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record. Upon due consideration, the Court concurs with the report and recommendation as follows. Accordingly, it is

**ORDERED** that the report and recommendation, dated March 1, 2007, be **adopted** and **incorporated by reference,** Defendant Heymer Angulo-Mosquera's objections be **overruled**; and the defendants' motion to dismiss (Docket No. 33) be **denied**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 11th day of April, 2007.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge